People of the State of Illinois, Appellee,
v. Clarence Walker, Appellant.

Gen. No. 41,070.    (Abstract of Decision.)

Heard in third division, first district, this court at December term, 1939, opinion filed May 22, 1940. Adams & Martin, for appellant; Thomas J. Courtney, State's Attorney, for appellee; Edward E. Wilson, John T. Gallagher, Melvin S. Rembe and Leo F. Poch, Assistant State's Attorneys, of counsel. Opinion by JUSTICE HEBEL. "Not to be published in full."